IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLENN E. DORRIS<br><br>        Plaintiff<br><br>vs.<br><br>ACCOUNTS RECEIVABLE<br>MANAGEMENT, INC.<br><br>        Defendant | CIVIL ACTION NO.: 1:11-cv-03453-GLR |

## NOTICE OF DISMISSAL

The parties herein, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will pay its own costs, expenses and attorney fees.

_____
Glenn E. Dorris
1927 Thomas Run Circle
Bel Air, Maryland 21015
*Pro Se Plaintiff*

THE LAW OFFICES OF
RONALD S. CANTER, LLC

_____
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendant Accounts
Receivable Management, Inc.*

APPROVED:

_____
United States District Judge

1